WILLIAM RECHT, Respondent, v. JOSEPH WEINER, Appellant.— Resettled order denying defendant's motion to vacate service of process in an action for work, labor and services on the ground that he was immune from service of process because he was a non-resident in attendance upon a pending action, affirmed, with ten dollars costs and disbursements. Appeal from order dated December 7, 1934, dismissed; such order having been superseded by the order entered on motion for

resettlement. Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ., concur.